# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Case No. 2:00CR10101 |
| v. | ) | **FINAL ORDER** |
| **CLAUDE SLOAN,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** as follows:

1. The defendant's motion, styled as "MOTION FOR ALL WRITS ACT," (ECF No. 83) is DENIED, and the defendant's submission is CONSTRUED as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C.A. § 2255;

2. The Clerk is DIRECTED to redocket the motion (ECF No. 83) as a § 2255 motion;

3. The § 2255 motion is hereby DENIED without prejudice as successive and stricken from the active docket; and

4.  A Certificate of Appealability is DENIED, based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right.

ENTER: July 20, 2012

/s/  James P. Jones
United States District Judge